UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Francis Elvira Valentin                              Case No: 8:12-bk-7181
                                                     Chapter 13
       Debtor.
_____/

## SECOND AMENDED CHAPTER 13 PLAN

COMES NOW, the Debtor and files this Amended Chapter 13 Plan. The projected disposable income of Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days form the filing/ conversion date. Debtors to pay the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan.

A. $174    for    1    to    60    for a sum of $10,440.

**2. ADMINISTRATIVE ATTORNEY FEE:** $2,600  TOTAL     PAID $1,200

Balance Due $1,400.              Payable Through Plan $100 monthly

**3. PRIORITY CLAIMS: (as defined in 11 U.S.C. §507)**

Name of Creditor                                     TOTAL CLAIM

       NONE

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee. The estimated total of fees due to trustee is $1044, payable in monthly payments of $105. The actual amount shall be determined by the trustee and in compliance with the law.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to the creditors pursuant to 1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation

1

of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
|---|---|---|
| NONE | | |

**(A) Claim Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments Paid Through the Plan:** Debtor will pay mortgage payments outside of the plan. These regular monthly post-petition mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter by the Debtor to the Lender. The trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| NONE | | |

**(B) Claims Secured by the Real Property Which Debtor Intend(s) to Retain/ Arrearage Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Lender outside of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages | Int. Rate |
|---|---|---|---|
| NONE | | | |

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Int @ ___% |
|---|---|---|---|---|
| NONE | | | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pmt.in plan | Value | Int @ ___% |
|---|---|---|---|---|
| NONE | | | | |

**(E) Claims secured by personal property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

2

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Arrearage |
|---|---|---|---|
| NONE | | | |

**(F) Secured Claims/ Lease Claims Paid Direct by the Debtor:** The following secured claims/ lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated in rem as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any co-debtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/ Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Chase Mortgage<br>10790 Rancho Berna<br>San Diego, CA 92127 | Primary residence: 5884 Dove Avenue<br>Sarasota, Florida 34231 |
| VW Credit, Inc.<br>PO Box 610353<br>Dallas, Texas 75261-0353 | Primary vehicle: 2008 VW Jetta 3VWRM |

**(G) Surrender of Collateral/ Leased Property: Debtor** will surrender the following collateral/ leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated in rem as to these creditors/ lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable co-debtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/ Executory Contract section below.

| Name of Creditor | Property/ Collateral to be Surrendered |
|---|---|
| NONE | |

**SECURED- LIENS TO BE AVOIDED/ STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Iberia Bank Direct<br>1101 E. Admiral Doyle Drive<br>New Iberia, LA 70560 | Primary residence:<br>5884 Dove Avenue<br>Sarasota, Florida 34231 | $123,824 |

**LEASES/ EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject/ Surrender | Estimated Arrears |
|---|---|---|---|
| NONE | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is about $7668.

**ADDITIONAL PROVISIONS:**
1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;
2. Payments made to any creditors shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.
3. Property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.
4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.
5. Case Specific Provisions:    None

_[signature]_          12/8/12
Francis E. Valentin          Dated

# United States Bankruptcy Court
## Middle District of Florida

| | | |
|---|---|---|
| In re __Francis Elvira Valentin__ | Case No. __8:12-bk-07181__ | |
| Debtor(s) | Chapter __13__ | |

## CERTIFICATE OF SERVICE

I hereby certify that on __12/11/12__ a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all parties and addresses listed on the attached Matrix.

See Attached Matrix

Amy K. Kenyon 0073526
The Kenyon Law Firm
7345 International Place, Ste. 108
Sarasota, FL 34240
Phone (941) 225-2616
Fax:(941) 460-5114
amy@kenyonlawfirm.com

Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:12-bk-07181-CPM<br>Middle District of Florida<br>Tampa<br>Tue Dec 11 16:11:06 EST 2012 | JPMorgan Chase Bank, National Association<br>Kahane & Associates, P.A.<br>c/o Jason A. Weber<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324-3292 | Catherine Peek McEwen<br>Tampa |
| Francis Elvira Valentin<br>5884 Dove Avenue<br>Sarasota, FL 34241-9362 | Asset Acceptance LLC<br>assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance Llc (Original Creditor:<br>Po Box 1630<br>Warren, MI 48090-1630 |
| Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046-9046 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Chase Mtg<br>10790 Rancho Berna<br>San Diego, CA 92127-5705 | Citi Cth<br>PO Box 30509<br>Tax & Reporting<br>Tampa, FL 33630-3509 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Fulton, Friedman & Gullace<br>PO Box 2123<br>Warren, MI 48090-2123 | Hsbc/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Iberia Bank<br>1742 Main Street<br>Sarasota, FL 34236-5812 | (p)IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE LA 70505-2749 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, National Association<br>c/o Kahane & Associates, P.A.<br>Attn: Jason A. Weber<br>8201 Peters Road, Ste. 3000<br>Plantation, FL 33324-3292 | Lvnv Funding<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | Merrick Bk<br>Pob 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt In (Original Credito<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | OAK HARBOR CAPITAL VI, LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| Portfolio Rc (Original Creditor:Ge Money<br>287 Independence<br>Virginia Beach, VA 23462-2962 | Preferred Collection & (Original Credito<br>1000 N Ashley Dr Ste 600<br>Tampa, FL 33602-3723 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Region/Amsou<br>North Building 2nd 2050 Parkway Offic<br>Hoover, AL 35244-1805 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Security Credit Servic (Original Credito<br>2653 W Oxford Loop<br>Oxford, MS 38655-5442 |

| | | |
|---|---|---|
| Sheffield Financial Co<br>2554 Lewisville Clemmons<br>Clemmons, NC 27012-8749 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target N.B.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Trident Asset Manageme (Original Credito<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022-1142 | VW Credit, Inc.<br>3441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Wfnnb/Savon Furniture<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Jon Waage +<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Jason A. Weber +<br>Kahane and Associates, P.A.<br>8201 Peters Road, Ste 3000<br>Plantation, FL 33324-3292 |
| Amy K Kenyon +<br>The Kenyon Law Firm<br>7345 International Place, Ste. 108<br>Sarasota, FL 34240-8468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Iberia Bank Direct<br>1101 E Admiral Doyle Dr<br>New Iberia, LA 70560 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Citi Ctb | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    1<br>Total                  40 |